### STATE ex TOLEDO THEATRES & REALTY CO v FULTON

### STATE ex YARYAN v FULTON

### STATE ex TOLEDO TRUST CO v FULTON

Ohio Supreme Court

Nos. 23184, 23185, 23197. Decided Oct 23, 1931

For full opinion see 178 NE 585; 124 Oh St 348 (Oh Bar 12-22-31).